IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALFRED WAYNE LEE,

    Petitioner,

v.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV207-019

## ORDER

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order. If Petitioner does not respond to Respondent's motion within twenty (20) days, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 16th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE