# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ALFRED WAYNE LEE,

    Petitioner,

v.

    CIVIL ACTION NO.: CV207-019

JOSE M. VASQUEZ, Warden,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the recommendation of the Magistrate Judge that Petitioner Alfred Wayne Lee's Petition for Writ of Habeas Corpus be dismissed. Lee has filed Objections to the Report and Recommendation, wherein he contends that Respondent's Motion to Dismiss violated Rule 12 of the Federal Rules of Civil Procedure. Specifically, Lee appears to assert that Respondent should have addressed the merits of his petition instead of moving to dismiss his petition as successive, an argument Lee describes as "totally unrelated, misleading, and irrelevant." (Doc. No. 18, p. 2).

Lee's objection to the procedural aspect of Respondent's motion is without merit. Lee's petition is not being dismissed because he fails to state a claim under Rule 12(b)(6). The 12(b)(6) standard would require that this Court address the merits of Lee's petition. Instead, Lee's petition is being dismissed because it actually falls within the ambit of § 2255, and is an unauthorized successive motion. Section 2225 provides in part that "[a] second or successive motion must be certified as provided in section

2244 . . . ." 28 U.S.C. § 2255, ¶8. Section 2244 provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Because Lee has not previously obtained an order from the Court of Appeals authorizing the filing of a successive motion, this Court lacks jurisdiction to entertain the motion. See Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003).

The remainder of Lee's Objections address the merits of his petition, which, as stated, may not be addressed by this Court absent prior authorization from the Court of Appeals. Accordingly, the Report and Recommendation is adopted as the opinion of this Court. Respondent's Motion to Dismiss (Doc. No. 7) is hereby **GRANTED** and Lee's Petition (Doc. No. 1) is hereby **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of July, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA